

955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

ISABEL C BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 SUITE 580
CHERRY HILL, NJ 08002

---

**Please Fold Here. Do not detach.** Please be sure our address shows through the envelope window.

Internal Revenue Service
955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

**IRS** Department of the Treasury
**Internal Revenue Service**

955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

Chapter and Case Number:
13 11-18113-GMB

Person to Contact:
PATRICIA DAVIS

Contact Telephone Number:
(973) 921-4311

Date: May 17, 2011

Employee Fax Number:
(973) 921-4364

Employee Identification Number:
020908

ISABEL C BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 SUITE 580
CHERRY HILL, NJ 08002

Debtor: SABRINA TSAABBAST & STEVEN B PORTER
Bankruptcy Filed March 18, 2011

Our proof of claim in the proceeding noted above has been closed. You may discontinue further consideration of the claim.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ EVELYN AJEL
Sup Bankruptcy Specialist

cc: SABRINA TSAABBAST & STEVEN B PORTER
    RONALD E. NORMAN

Letter 983 (11-2004)
Catalog Number 40417J



955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

SABRINA TSAABBAST & STEVEN B
PORTER
502 DEMOSS CT
GLASSBORO, NJ 08029

---------- **Please Fold Here. Do not detach.** Please be sure our address shows through the envelope window. ----------

Internal Revenue Service
955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

**IRS** Department of the Treasury
**Internal Revenue Service**

955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

**Chapter and Case Number:**
13 11-18113-GMB
**Person to Contact:**
PATRICIA DAVIS
**Contact Telephone Number:**
(973) 921-4311
**Employee Fax Number:**
(973) 921-4364
**Employee Identification Number:**
020908

**Date:** May 17, 2011

ISABEL C BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 SUITE 580
CHERRY HILL, NJ 08002

Debtor: SABRINA TSAABBAST & STEVEN B PORTER
Bankruptcy Filed March 18, 2011

Our proof of claim in the proceeding noted above has been closed. You may discontinue further consideration of the claim.

If you have any questions, our contact information is shown above. Thank you for your cooperation.


/s/ EVELYN AJEL
Sup Bankruptcy Specialist


cc: SABRINA TSAABBAST & STEVEN B PORTER
    RONALD E. NORMAN

Letter 983 (11-2004)
Catalog Number 40417J



955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

    RONALD E. NORMAN
    WASHINGTON PROFESSIONAL CAMPUS
    901 ROUTE 168  SUITE 407A
    TURNERSVILLE, NJ 08012

------------------------------------------------------------------------------------------------------------------------
**Please Fold Here. Do not detach.** Please be sure our address shows through the envelope window.

Internal Revenue Service
955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

**IRS** Department of the Treasury
**Internal Revenue Service**

955 S SPRINGFIELD AVE, BLDG A
SPRINGFIELD, NJ 07081

Chapter and Case Number:
13 11-18113-GMB
Person to Contact:
PATRICIA DAVIS
Contact Telephone Number:
(973) 921-4311

Date: May 17, 2011

Employee Fax Number:
(973) 921-4364
Employee Identification Number:
020908

ISABEL C BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 SUITE 580
CHERRY HILL, NJ 08002

Debtor: SABRINA TSAABBAST & STEVEN B PORTER
Bankruptcy Filed March 18, 2011

Our proof of claim in the proceeding noted above has been closed. You may discontinue further consideration of the claim.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ EVELYN AJEL
Sup Bankruptcy Specialist

cc: SABRINA TSAABBAST & STEVEN B PORTER
    RONALD E. NORMAN

Letter 983 (11-2004)
Catalog Number 40417J